UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION

GORDONMARK W. BUTLER,

    Plaintiff,

                                          Case No: 11-CV-10021-DT

v.

                                          HONORABLE DENISE PAGE HOOD

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
    _____/

## **JUDGMENT**

In accordance with the Order entered this date and the Court having entered an order granting Defendant's Motion for Summary Judgment and dismissing the case;

Accordingly, judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Gordonmark W. Butler.

                                                                              DAVID J. WEAVER
                                                                              CLERK OF COURT

Approved:                                                    By: s/Julie Owens
                                                                         Deputy Clerk

 s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: December 30, 2011
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 30, 2011, by electronic and/or ordinary mail.

                                 S/Julie Owens
                                 Case Manager